**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF NAACP;<br>DISABILITY RIGHTS SOUTH CAROLINA;<br>JUSTICE 360;<br>*Plaintiffs*,<br>v.<br>SOUTH CAROLINA DEPARTMENT OF JUVENILE JUSTICE;<br>EDEN HENDRICK, individually and in her official capacity as Executive Director of the South Carolina Department of Juvenile Justice;<br>*Defendants*. | Case No. 0:22-cv-1338-MGL-PJG |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs South Carolina State Conference of NAACP, Disability Rights South Carolina, and Justice 360 (collectively, "Plaintiffs") hereby respectfully move for a preliminary injunction. Plaintiffs are likely to succeed on the merits of their Fourteenth Amendment claims; Plaintiffs, and the children they represent, will continue to suffer irreparable harm unless the Court grants preliminary injunctive relief; and the balance of hardships and public interest favor preliminary injunctive relief.

This motion is supported by a memorandum which will be filed contemporaneously.

*[Signature on following page]*

Dated: May 24, 2022

Respectfully submitted,

**WYCHE, P.A.**

/s *Rita Bolt Barker*
Wallace K. Lightsey (D.S.C. Bar No. 1037)
Rita Bolt Barker (D.S.C. Bar No. 77600)
Meliah Bowers Jefferson (D.S.C. Bar No. 10018)
Jessica Monsell (D.S.C. Bar No. 13645)
200 E. Broad Street, Suite 400
Greenville, South Carolina 29601
Tel: (864) 242-8200
Fax: (864) 235-8900
rbarker@wyche.com
wlightsey@wyche.com
mjefferson@wyche.com
jmonsell@wyche.com

**ACLU OF SOUTH CAROLINA**

Allen Chaney
Fed. Id. 13181
P.O. Box 1668
Columbia, SC 29202
Tel: (843) 282-7953
achaney@aclusc.org

**NAACP**

Janette Louard*
Anna Kathryn Barnes*
Joe Schottenfeld*
Martina Tiku*
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org
abarnes@naacpnet.org
jschottenfeld@naacpnet.org
mtiku@naacpnet.org

**JENNER & BLOCK LLP**

Previn Warren*
William R. Weaver*
Mary E. Marshall*
Jessica J.W. Sawadogo*
1099 New York Ave. NW Suite 900
Washington DC 20001
Tel: (202) 637-6300
pwarren@jenner.com
wweaver@jenner.com
mmarshall@jenner.com
jsawadogo@jenner.com

Jeremy M. Creelan*
Jacob D. Alderdice*
Jeremy Ershow*
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
jcreelan@jenner.com
jalderdice@jenner.com
jershow@jenner.com

Amit B. Patel*
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
apatel@jenner.com

**PRO HAC VICE APPLICATIONS TO BE FILED*