# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF NAACP; <br><br> DISABILITY RIGHTS SOUTH CAROLINA; <br><br> JUSTICE 360; <br><br>      *Plaintiffs*, <br> v. <br><br> SOUTH CAROLINA DEPARTMENT OF JUVENILE JUSTICE; <br><br> EDEN HENDRICK, in her official capacity as Executive Director of the South Carolina Department of Juvenile Justice; <br><br>      *Defendants*. | Case No. 0:22-cv-1338-JDA-PJG <br><br> **MOTION FOR WITHDRAWAL OF APPEARANCE FOR ATTORNEY JOSEPH SCHOTTENFELD** |

    Pursuant to Local Rule 83.I.07(A), Allen Chaney, local counsel for Plaintiffs South Carolina State Conference of NAACP, Disability Rights of South Carolina, and Justice 360 (collectively "Plaintiffs"), respectively moves for the withdrawal of Joseph Schottenfeld as one of Plaintiffs' attorneys in this action. Mr. Schottenfeld has accepted a new position and will be leaving his employment with the National Association for the Advancement of Colored People.

    Plaintiffs will continue to be represented in this action by their other counsel of record and consent to Mr. Schottenfeld's withdrawal. The undersigned has consulted with the Defendants, who have consented to this Motion.

    WHEREFORE, the undersigned respectfully requests that the Court grant this Motion for Joseph Schottenfeld to withdraw as one of Plaintiffs' attorneys in this action.

[Signature Blocks on Following Page]

Dated: April 18, 2024

**ACLU OF SOUTH CAROLINA**

/s/ *Allen Chaney*
Allen Chaney
Fed. Id. 13181
P.O. Box 1668
Columbia, SC 29202
Tel: (843) 282-7953
achaney@aclusc.org


**WYCHE, P.A.**

Wallace K. Lightsey (D.S.C. Bar No. 1037)
Rita Bolt Barker (D.S.C. Bar No. 77600)
Jessica Monsell (D.S.C. Bar No. 13645)
200 E. Broad Street, Suite 400
Greenville, South Carolina 29601
Tel: (864) 242-8200
Fax: (864) 235-8900
rbarker@wyche.com
wlightsey@wyche.com
mjefferson@wyche.com
jmonsell@wyche.com


**NAACP**

Janette Louard*
Anna-Kathryn Barnes (admitted pro hac vice)
Joe Schottenfeld (admitted pro hac vice)
Martina Tiku (admitted pro hac vice)
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org
abarnes@naacpnet.org
jschottenfeld@naacpnet.org
mtiku@naacpnet.org

Respectfully submitted,

**JENNER & BLOCK LLP**

William R. Weaver (admitted pro hac vice)
Michelle Onibokun*
Mary E. Marshall (admitted pro hac vice)
Jessica J.W. Sawadogo (admitted pro hac vice)
1099 New York Ave. NW Suite 900
Washington DC 20001
Tel: (202) 637-6300
wweaver@jenner.com
monibokun@jenner.com
mmarshall@jenner.com
jsawadogo@jenner.com

Jeremy M. Creelan (admitted pro hac vice)
Jacob D. Alderdice (admitted pro hac vice)
Amit B. Patel (admitted pro hac vice)
Dylan Madoff*
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
jcreelan@jenner.com
jalderdice@jenner.com
apatel@jenner.com
dmadoff@jenner.com

*PRO HAC VICE APPLICATIONS TO BE FILED*

2