IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA;<br><br>JUSTICE 360;<br><br>SOUTH CAROLINA STATE CONFERENCE OF NAACP<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTH CAROLINA DEPARTMENT OF JUVENILE JUSTICE;<br><br>EDEN HENDRICK, in her official capacity as director of the South Carolina Department of Juvenile Justice;<br><br>*Defendants*. | Case No. 0:22-cv-1338-JDA-PJG<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Disability Rights South Carolina, Justice 360, and the South Carolina State Conference of NAACP seek to appeal the Court's judgment and order granting Defendants' motion to dismiss, ECF Nos. 182 & 183, in the United States Court of Appeals for the Fourth Circuit.

Date: January 8, 2025

| | |
|---|---|
| **ACLU OF SOUTH CAROLINA**<br><br>/s/ *Allen Chaney*<br>Allen Chaney<br>Fed. Id. 13181<br>P.O. Box 1668<br>Columbia, SC 29202<br>Tel: (843) 282-7953<br>achaney@aclusc.org | **JENNER & BLOCK LLP**<br><br>William R. Weaver (admitted pro hac vice)<br>Michelle Onibokun*<br>Mary E. Marshall (admitted pro hac vice)<br>Jessica J.W. Sawadogo (admitted pro hac vice)<br>1099 New York Ave. NW Suite 900<br>Washington DC 20001 |

**WYCHE, P.A.**

Wallace K. Lightsey (D.S.C. Bar No. 1037)
Rita Bolt Barker (D.S.C. Bar No. 77600)
Meliah Bowers Jefferson (D.S.C. Bar No. 10018)
200 E. Broad Street, Suite 400
Greenville, South Carolina 29601
Tel: (864) 242-8200
Fax: (864) 235-8900
rbarker@wyche.com
wlightsey@wyche.com
mjefferson@wyche.com

**NAACP**

Janette Louard*
Anthony P. Ashton*
Quiana-Joy N. Ochiagha*
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

Tel: (202) 637-6300
wweaver@jenner.com
mmarshall@jenner.com
jsawadogo@jenner.com

Jeremy M. Creelan (admitted pro hac vice)
Jacob D. Alderdice (admitted pro hac vice)
Amit B. Patel (admitted pro hac vice)
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
jcreelan@jenner.com
jalderdice@jenner.com
apatel@jenner.com

*PRO HAC VICE APPLICATIONS TO BE FILED*